DIANE C. WEIL
STATE BAR NUMBER 102922
16000 VENTURA BOULEVARD, SUITE 1000
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 788-8074
FACSIMILE: (818) 788-8097
EMAIL: dcw@dcweillaw.com

Chapter 7 Trustee

**FILED & ENTERED**

NOV 07 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | **CASE NO.:** 1:14-bk-11917-VK |
| MICHAEL ROMERSA, | **CHAPTER 7** |
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Debtor. | **Hearing:** |
| | **Date:** October 29, 2014 |
| | **Time:** 9:30 a.m. |
| | **Place:** Courtroom 301 |
| | United States Bankruptcy Court |
| | 21041 Burbank Boulevard |
| | Woodland Hills, California 91367 |

The matter of the Motion For The Relief From the Automatic Stay (the "Motion") filed herein by Champion Mortgage Company ("Champion Mortgage") came on for hearing before the undersigned United States Bankruptcy Judge on October 29, 2014.  Arnold L. Graff of Pite, Duncan, LLP appeared on behalf of Champion Mortgage.  David M. Reeder of Reeder Law Corporation appeared on behalf of the Debtor, Michael Romersa.  Zev Shechtman of Danning, Gill, Diamond & Kollitz, LLP appeared on behalf of creditor, Rosen Saba, LLP.  Diane C. Weil, the Chapter 7 Trustee, appeared on her own behalf.

The Court having read and considered the Motion, the opposing papers filed by the various parties, and having heard the arguments of counsel, has found that there is a sufficient equity cushion in the real property that is the subject of the Motion (the "Property") to adequately protect Champion Mortgage as required by 11 U.S.C. § 362(d)(1) and that the Debtor has equity in the Property as required by 11 U.S.C. § 362(d)(2) and further that the Trustee intends to sell the Property for the benefit of creditors of the estate, it is:

HEREBY ORDERED that the Motion is denied, without prejudice.

#     #     #

Date: November 7, 2014

Victoria S. Kaufman
United States Bankruptcy Judge